No. 5158.—S. KAPLAN & Co., aplda., v. HAWAYEK, aplte.— C. D. San Juan. Dic. 18, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

POR CUANTO, en este caso se ha solicitado la desestimación de la apelación porque el apelante no ha radicado la transcripción de la evidencia ante la corte de distrito, dentro del término y prórrogas que se le concedieron para ello;

POR CUANTO, aparece radicado ante este tribunal el legajo de sentencia en el caso;

POR CUANTO, la parte apelante, en oposición a la moción para que se desestime, alegó tener radicado el legajo de sentencia y hallarse pendiente de otras diligencias en cuanto a la aprobación de la transcripción de evidencia;

POR CUANTO, es posible seguir una apelación con la transcripción de autos,

POR TANTO, se declara sin lugar la desestimación solicitada.